FILED
CLERK, U.S. DISTRICT COURT
APR 3 0 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALAN CARREON,<br><br>        Petitioner,<br><br>    v.<br><br>D.L. OLLISON, Warden,<br><br>        Respondent. | No. EDCV 06-526-RSWL (RCF)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records, and the attached Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation, after having made a *de novo* determination of the portions to which objections were directed.

    In his Objections to the Report and Recommendation, Petitioner argues that the Magistrate Judge incorrectly found that his sentence did not violate the Cruel and Unusual Punishment Clause. Petitioner did not raise this issue in the Petition, and does not discuss it further in the Objections. Nor was it addressed in the Report and Recommendation. To the extent he attempts to raise the issue for the first time in his Objections, the Court declines to consider it because it has not been fairly presented for adjudication. See Brown v. Roe, 279 F.3d 742, 744 (9th Cir. 2002); Cacoperdo v. Demosthenes, 37 F.3d 504, 507 (9th Cir. 1994),

<u>cert. denied</u>, 514 U.S. 1026 (1995).

IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment by United States mail on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 30, 2008

RONALD S.W. LEW
_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE